# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PUI KWAN YUEN

VERSUS

STATE NATIONAL INSURANCE
COMPANY, INC., RIFFAL,
L.L.C. AND GEOFFREY SCOTT
HALL

NO.   2023 CW 1012

**OCTOBER 11, 2023**

---

In Re:    Gemini Insurance Company, Dugas Pest Control of Baton
          Rouge, Inc., and Geoffrey Scott Hall, applying for
          supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 605561.

---

**BEFORE:    WELCH, HOLDRIDGE, AND WOLFE, JJ.**

**WRIT DENIED.**

**JEW**
**EW**

**Holdridge, J,** dissents and would grant the writ.   There is
no legal authority for the district court to deprive defendants
of the right to cross examine plaintiff. Plaintiff shall be
available after direct examination for questioning, and nothing
can deprive defendants of their right to cross examine plaintiff
in their case-in chief. See La. Code Civ. P. art. 1634.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT